**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.3694



RICHARD W. WIEKING
CLERK OF COURT

October 30, 2013

Alphonse Fletcher
188 Minna Street
San Francisco, CA 94105

**Re: C 13-05052** EDL
**KASOWITZ BENSON TORRES AND FRIEDMAN LLP ET AL** v. **ALPHONSE FLETCHER JR. ET AL**

Dear Counsel:

This matter has been assigned to Chief Magistrate Judge Elizabeth D. Laporte for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of the file discloses that the Consent /Declination to Proceed Before a United States Magistrate has not been filed in this case. Please select **one** of the attached forms documenting your consent or request for reassignment and file it with the Court by November 13. These forms can also be found on the Court's website at www.cand.uscourts.gov.

Thank you.

RICHARD W. WIEKING

By: *Lisa R. Clark*
Lisa R. Clark
Deputy Clerk

Attachments

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**KASOWITZ BENSON TORRES AND FRIEDMAN LLP ET AL**

    Plaintiff(s),       No. C **13-05052** EDL

    v.      **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**ALPHONSE FLETCHER JR. ET AL**

    Defendant(s).
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____      _____
                                                               Signature

                                                               Counsel for _____
                                                               (Name or party or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**KASOWITZ BENSON TORRES AND FRIEDMAN LLP ET AL**

       Plaintiff(s),                       No. C **13-05052** EDL

                                    **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**

      v.                                 **AND**
                                    **REQUEST FOR REASSIGNMENT TO A DISTRICT JUDGE**,

**ALPHONSE FLETCHER JR. ET AL**

       Defendant(s).
_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____          _____
                                                                 Signature

                                                                  Counsel for _____
                                                                  (Name or party or indicate "pro se")

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

KASOWITZ BENSON TORRES AND FRIEDMAN LLP ET AL,

    Plaintiff,

v.

ALPHONSE FLETCHER JR. ET AL et al,

    Defendant.

Case Number: CV13-05052 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alphonse Fletcher
188 Minna Street
San Francisco, CA 94105

Dated: October 30, 2013

Richard W. Wieking, Clerk
By: Lisa R Clark, Deputy Clerk

4